**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Jennine Avila
Case No : 26-14489
Chapter : 13
Petition Date : 10/26/2026
Period : 08/27/2026 through 10/26/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 10/15/2026 | Keaveney Legal Group | $1,958.33 | $1,664.36 |
| 3 | 09/30/2026 | Keaveney Legal Group | $1,958.33 | $1,664.34 |
| 4 | 09/15/2026 | Keaveney Legal Group | $1,958.33 | $1,664.34 |
| 5 | 08/28/2026 | Keaveney Legal Group | $1,958.33 | $1,664.36 |

Statement of Earnings For: **Jennine Avila**

**Keaveney Legal Group**
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 34 | Department | Paralegal | Period Begin: | 9/24/2026 | Check Date: | 10/15/2026 |
| Clock Number: | | | | Period End: | 10/9/2026 | Pay Type: | Salary |
| Company Id: | 35363517-4 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1554602 | $0.00 | $1,958.33 | $1,664.36 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| SalHrs | | | 1,958.33 | 0.00 | 11,569.22 |
| Adj Salary | | | 0.00 | 0.00 | 1,084.57 |
| Holiday | | | 0.00 | 8.00 | 180.76 |
| **Total:** | | 0.00 | 1,958.33 | 8.00 | 12,834.55 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 121.41 | 795.74 |
| MED EE | 28.39 | 186.10 |
| FEDERAL WH | 144.17 | 906.39 |
| **Total:** | 293.97 | 1,888.23 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| PTO | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####8458 | Deposit Amount: 1,664.36 |

Keaveney Legal Group
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/15/2026 | V1554602 |

| TOTAL NET PAY |
|---|
| ******$1,664.36 |

34 Paralegal

**Jennine Avila**

3744 Bandon Dr
Philadelphia, PA 19154

**NOT NEGOTIABLE**

Statement of Earnings For: **Jennine Avila**

**Keaveney Legal Group**
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 34 | Department | Paralegal | Period Begin: | 9/10/2026 | Check Date: | 9/30/2026 |
| Clock Number: | | | | Period End: | 9/23/2026 | Pay Type: | Salary |
| Company Id: | 35363517-4 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1546524 | $0.00 | $1,958.33 | $1,664.34 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| SalHrs | | | 1,958.33 | 0.00 | 9,610.89 |
| Adj Salary | | | 0.00 | 0.00 | 1,084.57 |
| Holiday | | | 0.00 | 8.00 | 180.76 |
| **Total:** | | 0.00 | 1,958.33 | 8.00 | 10,876.22 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 121.42 | 674.33 |
| MED EE | 28.40 | 157.71 |
| FEDERAL WH | 144.17 | 762.22 |
| **Total:** | 293.99 | 1,594.26 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| PTO | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####8458 | Deposit Amount: 1,664.34 |

Keaveney Legal Group
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/30/2026 | V1546524 |

| TOTAL NET PAY |
|---|
| ******$1,664.34 |

34 Paralegal

**Jennine Avila**

3744 Bandon Dr
Philadelphia, PA 19154

**NOT NEGOTIABLE**

Statement of Earnings For: **Jennine Avila**

**Keaveney Legal Group**
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 34 | Department | Paralegal | Period Begin: | 8/24/2026 | Check Date: | 9/15/2026 |
| Clock Number: | | | | Period End: | 9/9/2026 | Pay Type: | Salary |
| Company Id: | 35363517-4 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1538932 | $0.00 | $1,958.33 | $1,664.34 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| SalHrs | | | 1,777.57 | 0.00 | 7,652.56 |
| Holiday | | 8.00 | 180.76 | 8.00 | 180.76 |
| Adj Salary | | | 0.00 | 0.00 | 1,084.57 |
| **Total:** | | 8.00 | 1,958.33 | 8.00 | 8,917.89 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 121.42 | 552.91 |
| MED EE | 28.40 | 129.31 |
| FEDERAL WH | 144.17 | 618.05 |
| **Total:** | 293.99 | 1,300.27 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| PTO | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####8458 | Deposit Amount: 1,664.34 |

Keaveney Legal Group
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/15/2026 | V1538932 |

| TOTAL NET PAY |
|---|
| ******$1,664.34 |

34 Paralegal

**Jennine Avila**

3744 Bandon Dr
Philadelphia, PA 19154

**NOT NEGOTIABLE**

Statement of Earnings For: **Jennine Avila**

**Keaveney Legal Group**
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 34 | Department | Paralegal | Period Begin: | 8/10/2026 | Check Date: | 8/28/2026 |
| Clock Number: | | | | Period End: | 8/23/2026 | Pay Type: | Salary |
| Company Id: | 35363517-4 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1531317 | $0.00 | $1,958.33 | $1,664.36 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| SalHrs | | | 1,958.33 | 0.00 | 5,874.99 |
| Adj Salary | | | 0.00 | 0.00 | 1,084.57 |
| **Total:** | | 0.00 | 1,958.33 | 0.00 | 6,959.56 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 121.41 | 431.49 |
| MED EE | 28.39 | 100.91 |
| FEDERAL WH | 144.17 | 473.88 |
| **Total:** | 293.97 | 1,006.28 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| PTO | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####8458 | Deposit Amount: 1,664.36 |

Keaveney Legal Group
1101 Kings Hwy N Ste G100
Cherry Hills, NJ 08034

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/28/2026 | V1531317 |

| TOTAL NET PAY |
|---|
| ******$1,664.36 |

34 Paralegal

**Jennine Avila**

3744 Bandon Dr
Philadelphia, PA 19154

**NOT NEGOTIABLE**