| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-14489-djb |
| In re: Jennine Roxana Avila,<br><br>*Debtor*. | Chapter: 13<br><br>Judge: Derek J. Baker |

**Praecipe to Correct Debtor's Address**

To the Clerk of Court:

Please correct the address of Debtor Jennine Roxana Avila on the docket and the mailing matrix in this case.

The petition lists the Debtor's address as:

3744 Brandon Rd
Philadelphia, PA 19154

The Debtor's correct address is:

3744 Bandon Dr
Philadelphia, PA 19154-3002

Date: October 27, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad