United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jennine Roxana Avila
Debtor

Case No. 26-14489-djb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2
User: admin
Page 1 of 1
Date Rcvd: Oct 27, 2026
Form ID: 130
Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jennine Roxana Avila, 3744 Brandon Rd, Philadelphia, PA 19154 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL I. ASSAD | on behalf of Debtor Jennine Roxana Avila mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)−doc 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Jennine Roxana Avila ) Case No. 26−14489−djb

Debtor(s). ) Chapter: 13

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Matrix Due 11/2/26
Means Test Calculation 122C−2 Due 11/9/26
Plan Due 11/9/26
Schedules A/B Due 11/9/26
Schedules C Due 11/9/26
Schedules D Due 11/9/26
Schedules E/F Due 11/9/26
Schedules G Due 11/9/26
Schedules H Due 11/9/26
Schedules I Due 11/9/26
Schedules J Due 11/9/26
Statement of Attorney Compensation Due 11/9/26
Statement of Current Monthly Income (122C−1) Due 11/9/26
Statement of Financial Affairs Due 11/9/26
Summary of Assets and Liabilities Due 11/9/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: October 27, 2026

By the Court

Derek J Baker
Judge, United States Bankruptcy Court