UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jennine Roxana Avila

CASE NO: 26-14489-djb

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 6

On 11/2/2026, I did cause a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 6

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/2/2026

/s/ Michael I. Assad
Michael I. Assad 330937
Attorney for Debtor
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jennine Roxana Avila

CASE NO: 26-14489-djb

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 6

On 11/2/2026, a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 6

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/2/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS, TX 75234-7262

CAPITAL ONE FINANCIAL CORP
ATTN: BANKRUPTCY
1680 CAPITAL ONE DR
MCLEAN, VA 22102-3407

CHEX SYSTEMS INC.
ATTN: BANKRUPTCY
PO BOX 58339
MINNEAPOLIS, MN 55458-3399

CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH, ATTN: BANKRUPTCY
PO BOX 41819
PHILADELPHIA, PA 19101-1819

CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA, PA 19102-1617

COMENITY CAPITAL BANK
ATTN: BANKRUPTCY
12921 S VISTA STATION BLVD
DRAPER, UT 84020-2377

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE, ATTN: BANKRUPTCY
DEPARTMENT 280946
HARRISBURG, PA 17128-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL, ATTN: BANKRUPTCY
15TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL, ATTN: BANKRUPTCY
30 N 3RD ST STE 200
HARRISBURG, PA 17101-1715

FIRST PREMIER BANK
ATTN: BANKRUPTCY
3401 S KIWANIS AVE
SIOUX FALLS, SD 57105-4213

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

LVNV FUNDING LLC
ATTN: BANKRUPTCY
355 S MAIN ST
GREENVILLE, SC 29601-2923

MIDLAND CREDIT MGMT.
ATTN: BANKRUPTCY
350 CAMINO DE LA REINA STE 100
SAN DIEGO, CA 92108-3007

NEWREZ LLC
ATTN: BANKRUPTCY
1100 VIRGINIA DR STE 125
FORT WASHINGTON, PA 19034-3235

PA E-ZPASS
ATTN: BANKRUPTCY
300 E PARK DR #2729
HARRISBURG, PA 17111-2729

PECO ENERGY CO.
ATTN: BANKRUPTCY
2301 MARKET ST # S14-1
PHILADELPHIA, PA 19103-1380

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PHILADELPHIA GAS WORKS
ATTN: BANKRUPTCY
800 W MONTGOMERY AVE
PHILADELPHIA, PA 19122-2898

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK, VA 23541-1067

PROGRESSIVE INSURANCE
ATTN: BANKRUPTCY
300 N COMMONS BLVD
MAYFIELD, OH 44143-1589

RESURGENT CAPITAL SERVICES LLC
ATTN: BANKRUPTCY
55 BEATTIE PL STE 110
GREENVILLE, SC 29601-5115

SYNCHRONY BANK
ATTN: BANKRUPTCY
777 LONG RIDGE RD
STAMFORD, CT 06902-1259

U.S. ATTORNEY'S OFFICE (EDPA)
ATTN: CIVIL PROCESS CLERK
615 CHESTNUT ST STE 1250
PHILADELPHIA, PA 19106-4404

U.S. DEPARTMENT OF EDUCATION
GENERAL COUNSEL
400 MARYLAND AVE SW
WASHINGTON, DC 20202-0001

US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
ATTN: OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA, PA 19107-3126

U.S. DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0009

VERIZON WIRELESS
ATTN: BANKRUPTCY
500 TECHNOLOGY DR # 550
SAINT CHARLES, MO 63304-2225

WEBBANK
ATTN: BANKRUPTCY
PO BOX 757
PORTSMOUTH, NH 03802-0757