**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Jennine Roxana Avila,** | ) | **CASE NO.: 26-14489-djb** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE Derek J Baker** |
| | ) | |
| **NewRez LLC,** | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **Jennine Roxana Avila, DEBTOR,** | ) | |
| **AND KENNETH E. WEST, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 6th day of November, 2026

Respectfully submitted,

/s/ Joshua I. Goldman, Esq.
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 6th day of November 2026.

***VIA U.S. MAIL***

*DEBTOR*
Jennine Roxana Avila
3744 Brandon Dr.
Philadelphia, PA 19154-3002

***VIA ELECTRONIC NOTICE***

*ATTORNEY*
MICHAEL I. ASSAD
Law Office of Mike Assad, P.C.
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002

*TRUSTEE*
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

*U.S. TRUSTEE*
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

/s/ Joshua I. Goldman, Esq.
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*