| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Jennine Roxana Avila,<br><br>*Debtor*. | Case No.: 26-14489-djb<br>Chapter: 13<br>Judge: Derek J. Baker |

**Order Extending Time to File Schedules,
Statements, and Other Documents**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents (the "Motion"), with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 7 on or before Monday, November 23, 2026.

Date:

______________________________
Derek J. Baker
U.S. Bankruptcy Judge