**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: Jennine Roxana Avila,

*Debtor*.

Case No.: 26-14489-djb

Chapter: 13

Judge: Derek J. Baker

## Order Extending Time to File Schedules, Statements, and Other Documents

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents (the "Motion"), with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 7 on or before Monday, November 23, 2026.

Date: November 13, 2026

Derek J. Baker
U.S. Bankruptcy Judge