IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-14489

DEBTOR(S):

JENNINE ROXANA AVILA

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $75.98

CREDITOR'S SIGNATURE:

*/S/Brandie McCann*

CREDITOR CONTACT INFO:

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:

11/16/2026