United States Bankruptcy Court
Eastern District of Pennsylvania

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Debtor*

In re: Jennine Roxana Avila,

*Debtor.*

Case No.: 26-14489-djb
Chapter: 13
Judge: Derek J. Baker

**Debtor's Second Motion to Extend Time to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Jennine Roxana Avila, through her attorney, moves under Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1) and L.B.R. 9014-2(a)(4) and (a)(14) for entry of an order further extending by fourteen days the time to file the schedules, statements, plan, and other documents listed in the Court's Order Requiring Documents. In support of this Motion, the Debtor states as follows:

## I. Jurisdiction

1. The Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. The Debtor consents to the entry of a final order by the Court on this Motion.

## II. Background

3. The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on October 26, 2026.

4. On October 27, 2026, the Court entered an Order Requiring Documents (ECF No. 7) directing the Debtor to file her schedules, statement of financial affairs, summary of assets and liabilities, statement of current monthly income and means test calculation, chapter 13 plan, and statement of attorney compensation (together, the "Documents") by Monday, November 9, 2026.

5. On November 9, 2026, the Debtor moved to extend that deadline by fourteen days (ECF No. 18).

6. On November 13, 2026, the Court granted that motion and extended the deadline through Monday, November 23, 2026 (ECF No. 19).

7. The Debtor has still not provided to her attorney all the documents and information necessary to prepare the Documents and needs additional time to do so.

## III. Relief Requested

8. The Debtor requests that the Court further extend the deadline to file the Documents by fourteen days, through and including Monday, December 7, 2026.

9. The Court may extend the time to file the Documents for cause. Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1). Cause exists because the additional time will allow the Debtor to gather the information needed to file complete and accurate Documents.

10. This Motion is filed before the deadline expires, so the Court may rule on it without a hearing. L.B.R. 9014-2(a)(4) and (a)(14).

## IV. Conclusion

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order, and further relief in her favor if necessary and proper under the law.

Date: November 23, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad