| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Case No.: | 26-14489-djb |
|---|---|---|
| In re: Jennine Roxana Avila, | Chapter: | 13 |
| *Debtor.* | Judge: | Derek J. Baker |

**Order Further Extending Time to File Schedules, Statements, and Other Documents**

**AND NOW**, upon consideration of the Debtor's Second Motion to Extend Time to File Schedules, Statements, and Other Documents filed by Debtor Jennine Roxana Avila at ECF No. 22, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 7 on or before Monday, December 7, 2026.

3. There will be no further extensions.

Date: November 24, 2026

Derek J. Baker
U.S. Bankruptcy Judge